v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 71–1319.**

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

**Robert B. ROBERTSON, Plaintiff-Appellant,**

v.

**Harold V. GILES and Gordons Transports, Inc., a Corp., Defendants-Appellees.**

**No. 71–1107.**

United States Court of Appeals, Fifth Circuit.

Sept. 15, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5 Cir. 1970).

Ralph E. Coleman, Coleman & Hancock, Birmingham, Ala., for plaintiff-appellant.

Marshall H. Fitzpatrick, Robert D. Norman, Birmingham, Ala., for defendants-appellees. Norman & Fitzpatrick, Birmingham, Ala., of counsel.

PER CURIAM:

Affirmed. See Local Rule 21.[1]